IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RONNIE J. TUESNO                                              PLAINTIFF

VS.                          CIVIL ACTION NO. 5:08-cv-302(DCB)(JMR)

SHERIFF REGINALD JACKSON, INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY; OFFICER
JESSE PERRY, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY; JOHNNY CLARK; OFFICER
LASHUNDA GRAYSON; OFFICER BENNY COOPER;
DEPUTY RANDY STOVALL; DEPUTY JERRY CAIN;
AND WILKINSON COUNTY, MISSISSIPPI                             DEFENDANTS

<u>ORDER</u>

This cause is before the Court on defendant Bennie Cooper's Motion to Seal Certain Portions of Record **(docket entry 76)**. Having carefully considered the motion, the Court finds as follows:

On May 24, 2010, counsel for defendant Cooper filed a Motion to Dismiss or in the Alternative for Summary Judgment (docket entry 72), and an accompanying Memorandum (docket entry 73). Attached to the Memorandum was Exhibit B which contains the plaintiff's social security number and date of birth. The Court finds that the exhibit should be restricted to use by the Court and counsel in this case, and protected from inspection by the public. Accordingly,

IT IS HEREBY ORDERED that defendant Bennie Cooper's Motion to Seal Certain Portions of Record **(docket entry 76)** is GRANTED.

The Clerk of Court is directed to restrict **Exhibit B** to the Memorandum at docket entry 73 to use by the Court and counsel.

SO ORDERED, this 26th day of May, 2010.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE